Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 18−29239−ABA
    Chapter: 13
    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jeffrey L Hammell
    8204 Marion Avenue
    Pennsauken, NJ 08109

Social Security No.:
    xxx−xx−0518

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/25/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 25, 2019
JAN: bc

    Jeanne Naughton
    Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 18-29239-ABA
Jeffrey L Hammell                                               Chapter 13
       Debtor               CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jan 25, 2019
                               Form ID: 148                 Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db             +Jeffrey L Hammell,    8204 Marion Avenue,    Pennsauken, NJ 08109-3402
cr             +THE MONEY SOURCE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517787357       Kari Wenger,    82204 Marion Avenue,    Pennsauken, NJ 08109
517780430      +Phellan, Hallihan, Diamond & Jones,    400 Fellowship Rd, Suite 100,
                 Mt. Laurel, New Jersey 08054-3437
517908847      +THE MONEY SOURCE INC.,    500 South Broad St., Suite 100A,    Meriden, CT 06450-6755
517780433       The Money Source,    135 Maxess Road,    Melville, NY 11747-3801
517780434       Toyota Financial Services,    Credit Dispute Research Team,    PO Box 9766,
                 Cedar Rapids, IA 52409-0004
517870404      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2019 00:10:06      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2019 00:10:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517780424       E-mail/Text: mary.stewart@abcofcu.org Jan 26 2019 00:10:59      ABCO Federal Credit Union,
                 621 Beverly Rancocas Road,   Willingboro, NJ 08046-3727
517806789      +E-mail/Text: mary.stewart@abcofcu.org Jan 26 2019 00:10:59      ABCO Federal Credit Union,
                 PO Box 247,   Rancocas, NJ 08073-0247
517780425       EDI: CAPITALONE.COM Jan 26 2019 04:28:00      Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
517899948       EDI: CAPITALONE.COM Jan 26 2019 04:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517780426       EDI: DISCOVER.COM Jan 26 2019 04:28:00      Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850-5316
517780427       EDI: AMINFOFP.COM Jan 26 2019 04:28:00      First Premier Bank,   3820 N Louise Avenue,
                 Sioux Falls, South Dakota 57107-0145
517780428      +EDI: RESURGENT.COM Jan 26 2019 04:28:00      LVNV Funding LLC,   PO Box 10497,
                 Greenville, South Carolina 29603-0497
517877328       EDI: RESURGENT.COM Jan 26 2019 04:28:00      LVNV Funding, LLC,   c/o Resurgent Capital Services,
                 PO BOX 10587,   Greenville, SC 29603-0587
517780429       EDI: MID8.COM Jan 26 2019 04:28:00      Midland Credit Mgmt Inc,    2365 Northside Dr. 300,
                 San Diego, CA 92108-2709
517888942      +EDI: MID8.COM Jan 26 2019 04:28:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517780431       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery,   120 Corporate Blvd Ste 100,
                 Norfolk, Virginia 23502
517905807       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates, LLC,    c/o Amazon.com,
                 POB 41067,   Norfolk VA 23541
517850368      +EDI: JEFFERSONCAP.COM Jan 26 2019 04:28:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517909061      +E-mail/Text: bncmail@w-legal.com Jan 26 2019 00:10:18      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517784573      +EDI: RMSC.COM Jan 26 2019 04:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517909058      +E-mail/Text: bncmail@w-legal.com Jan 26 2019 00:10:18      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517780432       EDI: WTRRNBANK.COM Jan 26 2019 04:28:00      TD Bank USA/Target Credit,   PO Box 673,
                 Minneapolis, MN 55440-0673
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +The Money Source,    Phelan Hallinan&Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517873673*     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 25, 2019
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   THE MONEY SOURCE, INC. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor   The Money Source nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Steven N. Taieb    on behalf of Debtor Jeffrey L Hammell staieb@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```